AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

BEGASHAW AYELE, Pro Se
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

U.S. Security Associates Inc;
Defendant

CASE NUMBER:

**05  11273 WGY**

TO: (Name and address of Defendant)

U.S. Security Associate Inc;
262 Washington St. #900
Boston, MA. 02109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Begashaw Ayele
26 O'Callahagn Way #816
So. Boston, MA. 02127

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

JUN 17 2005

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/21/05 |
| NAME OF SERVER (PRINT) BEGASHAW AYELE | TITLE PRO Se |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: by US Postal Service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Received Service by defendant

☐ Other (specify): Mailed to Defendant U.S. Security Associates, Inc by Certified Mail of the United States Postal Service Certified Mail Receipt No. 7003-1010-0001-0796-4076 on this the 18th Day of June 2005 at Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/2005
Date

Signature of Server: Begashaw Ayele

Address of Server: 261 O'Callahagn Way #816, So. Boston, MA 02127

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE PRO SE )<br>)<br>Plaintiff )<br>)<br>Vs )<br>)<br>U.S. SECURITY ASSOCIATES, INC. )<br>)<br>Defendant )<br>) | Civ. Action No. 05-11273-WGY |

## AFFIDAVIT OF SERVICE

Plaintiff for the above referenced civil action certify that I have cerved plaintiff's "CIVIL COMPLAINT" together with the summon from the court to defendant U.S Security Associates, Inc. by delivering to the U.S. Postal Service Representative of Aston Station at Massachusetts Avenue in Boston, Massachusetts.. Enclosed is the copy of the United States postal service's (Certified Mail Receipt No.7003 1010-0001-0796-4076) which defendant acknowledge receipt of cited mail on June 21, 2005.

Respectfully submitted,

Dated June 23, 2005

Begashaw Ayele, Pro se.

encl. (2)

CC

U.S Security Associates, Inc
262 Massachusetts Ave, Suite 900
Boston, MA 02109

BACK →

Sender: Please print your name, address, and ZIP+4 in this box •

B. Ayele
261 O'Callahan Way #816
South Boston, MA. 02127

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Front →

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Security Associates
262 Washington St.
Suite #908,
Boston, MA.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
JOHN F. KEA___   JUN 21 2005

D. Is delivery address different from item 1?
If YES, enter delivery address below.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 1010 0001 0796 4076

PS Form 3811, August 2001   Domestic Return Receipt







```
            ***** WELCOME TO *****
                 ASTOR STATION
            BOSTON  MA  02123-9998
               06/18/05 11:44AM

Store  USPS            Trans      39
Wkstn  sys5005         Cashier    QQ1GZB
Cashier's Name         SHEILA
Stock Unit Id          SIASHEILA
PO Phone Number        617-247-2429
USPS #                 2407980123

1. First Class                     4.42
    Destination:       02109
    Weight:            0.20 oz.
    Postage Type:      PVI
    Total Cost:        4.42
    Base Rate:         0.37
          SERVICES
    Certified Mail                 2.30
        70031010000107964076
    Rtn Recpt (Green Card)         1.75

Subtotal                           4.42
Total                              4.42

Cash                              10.00
Change Due
    Cash                           5.58

Number of Items Sold: 1

              Thank You
         Please come again!
```