UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE, PRO SE )
)
Plaintiff )
Vs )
) Civ. Action No. 05-11273WGY
)
U.S. SECURITY ASSOCIATES, INC. )
) July 20, 2005
Defendant )
)

MOTION FOR FILING ALL COURT PAPERS
WITHOUT ELECTRONIC FILING SYSTEM

Plaintiff for the above referenced civil action respectfully request that all of plaintiff's case be filed manually (or without electronic system) due to the lack of internet service in my computer which can only be used for other programs but not internet.

Other judges had permitted me to proceed with manual filing and I will submit one extra copy as a courtesy so that each time I file any paper related to this civil action, the judge will have all facts before him and such method is equally effective as much as electronic filing..

Respectfully Submitted

Begashaw Ayele

CC:
U.S. Security Associates Inc
262 Washington Street #900
Boston, MA 02109

CERTIFICATE OF SERVICES**

** Plaintiff do not know who the attorney of U.S Security Associates, Inc. is/or would be at this time. Therefore, this certificate of services only has been sent to the company itself.