UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEHASHAN AYELE, Pro Se,<br>    Plaintiff,<br><br>vs.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 05-11273 WGY<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

The undersigned counsel hereby enter their appearance on behalf of the defendant, U.S. Security Associates, Inc. in the above-entitled action.

Respectfully submitted,

U.S. SECURITY ASSOCIATES, INC.,
By their attorneys

Kenneth M. Bello, BBO#036630
Josiah M. Black, BBO#632690
BELLO, BLACK & WELSH, LLP
535 Boylston Street, Suite 1102
Boston, MA  02116
(617) 247-4100

July 27, 2005