UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE, Pro Se, <br> Plaintiff, <br><br> vs. <br><br> U.S. SECURITY ASSOCIATES, INC., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 05-11273 WGY <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the defendant, U.S. Security Associates, Inc. in the above-entitled action. The appearance of Kenneth M. Bello on behalf of the defendant is already on file.

Respectfully submitted,

U.S. SECURITY ASSOCIATES, INC.,
By their attorneys

_____
Josiah M. Black, BBO#632690
BELLO, BLACK & WELSH, LLP
535 Boylston Street, Suite 1102
Boston, MA  02116
(617) 247-4100

August 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 8/12/05

_____