UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, Pro Se,<br>    Plaintiff,<br><br>vs.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 05-11273 WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT U.S. SECURITY ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant U.S. Security Associates, Inc. moves the Honorable Court to dismiss all counts of the Complaint filed by Plaintiff Begashaw Ayele and enter judgment on all such counts in U.S. Security's favor. The reasons for this Motion are explained in detail in the accompanying Memorandum, Local Rule 56.1 Statement of Material Undisputed Facts and Affidavit of Shay Pike.

Respectfully submitted,

U.S. SECURITY ASSOCIATES, INC.,
By their attorneys

_____
Kenneth M. Bello, BBO#036630
Josiah M. Black, BBO#632690
Bello, Black &Welsh
535 Boylston Street, Suite 1102
Boston, MA  02116
(617) 247-4100

Dated: August 19, 2005

1

## Rule 7.1 Certificate

I, Josiah M. Black, counsel for Defendant U.S. Security Associates, Inc., hereby certify that in accordance with Local Rule 7.1(A)(2), we have attempted to confer with Pro Se Plaintiff Begashaw Ayele in an attempt to resolve and narrow the issue raised in this Motion.

_____
Josiah M. Black

## Certificate of Service

I, Josiah M. Black, counsel for Defendant U.S. Security Associates, Inc., hereby certify that a copy of the foregoing, Defendant U.S. Security Associates, Inc.'s Motion for Summary Judgment was sent by First Class Mail on this 19th day of August, 2005 at the following last known home address:

Mr. Begashaw Ayele
261 O'Callahagn Way #816
South Boston, MA 02127

_____
Josiah M. Black

2