# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, PRO SE ) | |
| ) | |
| Plaintiff ) | |
| vs ) | |
| ) | Civ. Action No.01-12175 MLW |
| ) | Civ. Action No.05-11273 WGY |
| TRUSTEE OF BOSTON UNIVERSITY ) | |
| ) | |
| Defendant ) | |

To:
Honorable William G. Young, Chief Judge
United States district court for the
District of Massachusetts,
John Joseph Moakley U.S courthouse
1 Courthouse Way suite
Boston, MA 02210

August 22, 2005

Dear Judge Young,

I am writing this letter of correspondence to you to address my concern about two of my civil complaint presently under pendency in this district.

   **The first case**, Begashaw Ayele vs. Trustee of Boston University, Civ.Actiom No. 01 12175MLW was filed in 2001 and has been assigned to judge Wolf but transferred to M.J Collings who ruled by ignoring all legitimately acquired evidence and made his recommendation for trial only on one count of my complaint but not on other causes of actions. The ruling and/or recommendation was appealed to Judge Wolf but for more than a year now, no action was taken. At some point I was believing that the delay in reviewing the magistrate judge's decision was because of my departure to another country for a brief

1

period but upon my return three months later, I have promptly informed the court to lift the previously submitted motion to stay and, thereafter, there is nothing that cause for further yet unexplained delay. Several months later, I also have submitted a motion for expeditious review of the Magistrate Judge's decision but no action was taken. Therefore, I hereby request that this case be expeditiously reviewed and, as a matter of right, I must knew the outcome of the case regardless to whose favor the decision is made.

**The second** case is a recent one, Begashaw Ayele vs, U.S. Security Associates, Inc., Civil Action No , 05-11273WGY) which was assigned to you but in the docket sheet of the court computer file, I have noticed that you have referred (or about to refer) the case to Magistrate Judge. Bowler. *Plaintiff empathetically object the transfer of the case to judge Bowler as I have nefarious experience in another Civil Rights case in which she presided without my consent..* If you do not want to re-assign this case to other neutral judge (or try the case yourself) I do firmly notify the court that I will *not* be willing to proceed before the magistrate judge whom I believe that she had different and unique treatment of a pro se litigant than any other federal judges I have known so far. If you choose to dismiss the complaint because of my unwillingness to proceed before the judge mentioned above, you can do whether I appeal to the first circuit or not.

Respectfully submitted,

Begashaw Ayele, pro se

CC:   (1)   Kenneth M. Bello, Council for
U.S Security Associates, Inc.

      (2)   Erika Geetter, Council for
Boston University.

2