UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE, PRO SE )
)
        Plaintiff )
vs )
)
) Civ. Action No 05-11273WYG
U.S. SECURITY ASSOCIATES, INC. )
)
        Defendant )
)

## PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal R. Civ. P. 56(e) plaintiff Begashaw Ayele submit the following memorandum of laws in opposition to the defendant's motion for summary judgment. As defendant's motion ha no material fact to accomplish its objective, plaintiff request that this court place this civil complaint on the jury calendar for trial.

*Begashaw Ayele* (signature)
Begashaw Ayele
261 O'Callaghan Way N0. 816
South Boston, MA 02127
(617) 474- 9774