UNITED STATES DISTRICE COURT
DISTRICT OF MASSACHUSETTS

BEGASAW AYELE, PRO SE )
)
        Plaintiff )
vs )
) Civ. Action No. 05- 11273 WYG
)
U.S SECURITY ASSOCIATES, INC. )
) September 16, 2005
        Defendant )
)

**MOTION TO WITHDRW ERRONEOUSLY FILED DOCUMENT**

Yesterday, 9/15/2005, plaintiff had filed my opposition motion to the Defendant's Motion for Summary judgment as permitted earlier by the court's order on plaintiff's motion for extension of time. The plaintiff's opposition motion, while all the substances are in proper context, however, has been filed without grammatical correction. Please disregard the earlier paper containing only "Memorandum of law as the corrected paper has been filed herewith this motion. The paper was not served on the defendant as the error was discovered before then. All other papers filed with the erroneous (uncorrected memorandum of law are not affected

CC:

Kenneth M. Belo
Josiah M. Black
535 Boylston St 31102
Boston, MA 02116

Respectfully submitted

Begashaw Ayele

Encl. (1)