# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-11273-WGY**

**BEGASHAW AYELE**
**Plaintiff**

v.

**US SECURITY ASSOCIATES**

**Defendant**

## JUDGMENT

This action came before the Court for a Hearing on Defendants' Motion for Summary Judgment. The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT U.S. SECURITY ASSOCIATES.**

/s/ Sarah A. Thornton
_____
**Clerk**

/s/ Elizabeth Smith
_____
**Deputy Clerk**

October 13, 2005
To: All Counsel