UNITED STATES DISTRICT COURT
DISTRICO OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 21  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BEGASHAW AYELE, PRO SE ) | |
| ) | |
| Plaintiff ) | |
| Vs ) | |
| ) | CIV. ACTION NO. 1:05-CV-11273 WGY |
| ) | |
| U.S. SECURITY ASSOCIATES, INC. ) | |
| ) | |
| Defendant ) | |

MOTION FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE
AN APPEAL WITH THE U.S COURT OF APPEALS FOR THE FIRST CIRCUIT

Plaintiff had filed the above referenced civil action with this district on June 17, 2005. Before exchanging discovery and without the initial status conference in the case, defendant U.S Security Associates, Inc. by and through its counsel had filed its motion for summary judgment on August 19, 2005. Plaintiff has filed my Opposition Motion to the defendant's summary judgment on September 15, 2005. On October 5, 2005, the case was dismissed by oral dictation of the district's Chief Judge, William G. Young, at the moot court of Suffolk University's Law School. The decision to dismiss the plaintiff's civil complaint was <u>not</u> supported by legal reasoning or explanation.

Plaintiff has not received by mail the entry of the judgment (which was entered into

the record on October 13, 2005) and I did not know until I see the history of the case at the court's computer file one hour ago, this morning, October 21, 2005. Plaintiff, therefore, can not complete my appeal brief only on the remaining ONE day to file such a brief.

To file plaintiff's appeal in the first circuit, therefore, an additional 10 (ten) days of extension of time is requested until November 1, 2005.

Respectfully submitted,

Dated October 21, 2005

Begashaw Ayele

**CERTIFICATE OF SERVICES**

This certify that the foregoing document has been served on the defendant's counsel by placing in the U.S. Postal Service, postage prepaid to the following:

Kenneth M. Bello and/or
Josiah M. Black
BELLO, BLACK & WELSH, LLP
535 Boylston Street, Suite 1102
Boston, MA 02116

Sincerely,

Begashaw Ayele, pro se
261 Ocallaghan Way # 816
South Boston, MA 02127