
```
1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Civil Action
3                                         No. 05-1173-WGY

4

5   * * * * * * * * * * * * * * * *
                                   *
6   BEGASHAW AYELE, Pro Se,        *
                                   *
7             Plaintiff,           *
                                   *
8   v.                             *  MOTION HEARING
                                   *
9   U.S. SECURITY ASSOCIATES, INC.,*
                                   *
10            Defendant.           *
                                   *
11  * * * * * * * * * * * * * * * *

12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15

16
    APPEARANCES:
17

18            BEGASHAW AYELE, Pro Se, 261 Callaghan Way,
       #816, Boston, Massachusetts 02127
19

20            BELLO, BLACK & WELSH, LLP (By Kenneth M.
       Bello, Esq.), 535 Boylston Street, Suite 1102,
21     Boston, Massachusetts 02116, on behalf of the
       Defendant
22

23
                                   Suffolk University Law School
24                                 Boston, Massachusetts

25                                 October 5, 2005
```