UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 NOV -1 A 10:05
U.S. DISTRICT COURT
DISTRICT OF MASS

BEGASHAW AYELE, Pro Se

Plaintiff

Vs

U.S Security Associates Inc.

CIV. ACTION
NO - 1:05-CV-11273 WGY

NOTICE OF APPEAL

Plaintiff Begashaw Ayele is appealing the decision of the U.S. District Court for the district of Massachusetts entered against plaintiff and this appeal notice is given that the case appealed to the U.S. court of Appeals for the First Circuit

cc.
Counsel for Defendant
(U.S. Security Associates)

Respectfully
Begashaw Ayele
11/1/05