# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11273 Massachusetts W. Young]*

No. 05-2698

BEGASHAW AYELE,

Plaintiff, Appellant,

v.

U.S. SECURITY ASSOCIATES, INC.,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: April 5, 2006

    Plaintiff appeals the grant of summary judgment to defendant. Applying <u>de novo</u> review, <u>Benoit</u> v. <u>Technical Mfg. Corp.</u>, 331 F.3d 166, 173 (1st Cir. 2003), we affirm, essentially for the reasons stated by the district court at the hearing held on October 5, 2005. The record fails as a matter of law to support any of plaintiff's claims. The other assignments of error are meritless. To the extent plaintiff raises allegations of judicial bias, they were not raised in the district court and are also meritless. Plaintiff's complaints regarding an unrelated case pending in the district court are not properly before us.

    Accordingly, the judgment of the district court is <u>affirmed</u>. <u>See</u> 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
         Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Galardo*
Deputy Clerk
Date: 4.26 06

[cc: Begashaw Ayele, Josiah M. Black, Esq., Kenneth M. Bello, Esq., Herbert E. Gerson, Esq.]